# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB FAY LUKE, SR.

NO. 2024 KW 0148

**APRIL 19, 2024**

---

In Re:   Jacob Fay Luke, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 794927.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the habitual offender bill of information, all pertinent minute entries, transcripts of the habitual offender adjudication and sentencing hearings, copies of the complained of documents used in his habitual offender adjudication, and any other portions of the district court record that might support the claims raised in the writ application.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT